# EXHIBIT B

Reginald Harris v. ABM Building Value, et al.

Case 2:22-cv-05079 Document 1-2 Filed 07/22/22 Page 2 of 6 Page ID #:14
Electronically FILED by Superior Court of California, County of Los Angeles on 05/24/2022 12:24 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Ruiz,Deputy Clerk
22STCV17068

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: William Crowfoot

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Neil S. Steiner (Bar No. 98606)<br>Steiner & Libo, Professional Corporation<br>11845 West Olympic Boulevard<br>Suite 910W<br>Los Angeles, CA 90064<br>TELEPHONE NO: (310) 273-7778   FAX NO. (Optional): (310) 273-7679<br>E-MAIL ADDRESS (Optional): steinlibo@aol.com<br>ATTORNEY FOR (Name): Plaintiff, REGINALD HARRIS | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: CIVIL UNLIMITED JURISDICTION
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: REGINALD HARRIS

DEFENDANT: AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and
[X] DOES 1 TO 50, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE          [X] OTHER (specify): PREMISES LIABILITY
[ ] Property Damage        [ ] Wrongful Death
[X] Personal Injury        [X] Other Damages (specify): GENERAL NEGLIGENCE

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: 22STCV17068

1. **Plaintiff** (name or names): REGINALD HARRIS

   alleges causes of action against **defendant** (name or names): AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and DOES 1 to 50, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: Seven
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: HARRIS vs. ABM BUILDING VALUE, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ **except** defendant *(name)*: AMB BUILDING VALUE         c. ☐ **except** defendant *(name)*:

   (1) ☒ a business organization, form unknown         (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                 (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:        (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:                 (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:                            (5) ☐ other *(specify)*:

   b. ☒ **except** defendant *(name)*: ABM INDUSTRIES, INC.   d. ☐ **except** defendant *(name)*:

   (1) ☒ a business organization, form unknown         (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                 (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:        (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:                 (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:                            (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 - 25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 26 - 50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

|  |  |
|---|---|
| SHORT TITLE: HARRIS vs. ABM BUILDING VALUE, et al. | CASE NUMBER: |

PLD-PI-001

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: Plaintiff Reginald Harris was injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which caused and continue to cause great mental, physical and nervous pain and suffering. Further, plaintiff incurred and continues to incur medical and hospital bills. As a result, plaintiff has been damaged in an amount not yet known but exceeding the jurisdictional requirements for Superior Court unlimited civil cases.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 23, 2022

Neil S. Steiner
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]           **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**           Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: HARRIS vs. ABM BUILDING VALUE, et al. | CASE NUMBER: |
|---|---|

<u>FIRST</u>      **CAUSE OF ACTION—Premises Liability**      Page <u>FOUR</u>
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* REGINALD HARRIS
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* MAY 30, 2020      plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
On May 30, 2020, plaintiff Reginald Harris was injured as a result of defendants, and each of them, failing to inspect, repair and maintain and/or negligently inspecting, repairing, and maintaining the premises upon which plaintiff slipped and fell on slippery flooring in the restroom located in the lower level right next to the managers' office of the American Airlines Terminal four (LAX), Los Angeles, CA 90045.

**Prem.L-2.** [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and
[X] Does <u>1</u> to <u>50</u>

**Prem.L-3.** [X] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and
[X] Does <u>1</u> to <u>50</u>
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [X] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and
[X] Does <u>1</u> to <u>50</u>
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and
[X] Does <u>1</u> to <u>50</u>
b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [X] as follows *(names):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and DOES 1 to 50.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Legal Solutions Plus
Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: HARRIS vs. ABM BUILDING VALUE, et al. | CASE NUMBER: |
|---|---|

SECOND **CAUSE OF ACTION—General Negligence** Page FIVE
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* REGINALD HARRIS

alleges that defendant *(name):* AMB BUILDING VALUE, a business entity form unknown; ABM INDUSTRIES, INC.; a business entity form unknown; and

[X] Does 1 to 50, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* May 30, 2020
at *(place):* Restroom located in the lower lever of American Airlines, Terminal 4, (LAX), Los Angeles, CA 90045.
*(description of reasons for liability):*

On May 30, 2020, plaintiff was injured as a result of defendants, and each of them, failing to inspect, repair and maintain and/or negligently inspecting, repairing and maintaining the premises upon which plaintiff fell. At such time and place, Plaintiff was in the restoom located next to the door to the managers' office of the American Airlines of Terminal 4, ground level, when all of a sudden he slipped and fell on wet and slippery flooring surface. There were no warning signs of the dangerous condition.

Defendants and each of them, were negligent in that they failed to inspect, control and maintain the subject premises despite knowledge, or the ability to have knowledge, of the dangerous condition, and took no action to warn the patrons and/or allowed the dangerous condition to exist for such a length of time that if defendants had exercised reasonable care in inspecting the premises, they would have discovered the dangerous condition in time to remedy it or give warning before plaintiff was injured. As a result, plaintiff's total damages are in an amount unknown at this time but which far exceeds the jurisdictional limits for Superor Court Unlimited Civil Cases.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12